IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DAELYN KITTLE,** | * | |
| **Plaintiff** | * | |
| v. | * | CIVIL NO. JKB-25-2040 |
| **VKL TRADING GROUP, *et al.*,** | * | |
| **Defendants.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER

Currently pending before the Court is Plaintiff Daelyn Kittle's Motion for Leave to File Amended Complaint. (ECF No. 10.) Plaintiff initially filed suit against Defendants VKL Trading Group, LLC ("VKL"), Nationwide Lien & Recovery, Inc. ("Nationwide"), and US Fleet Services, LLC ("US Fleet"). (ECF No. 1.) Defendant US Fleet has not yet been served.[1] Defendant VKL filed an Answer (ECF No. 5), and Defendant Nationwide filed a Motion to Dismiss (ECF No. 7), which the Court denied without prejudice in light of the pending Motion for Leave to File Amended Complaint (ECF No. 11). The pending Motion will be granted.

Under Rule 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." "[T]he district court may deny leave to amend for reasons 'such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments

---

[1] Plaintiff is reminded that she must serve Defendant US Fleet within 90 days of filing her complaint. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."). Plaintiff indicates that she plans to file a motion for alternative service, due to her allegation that Defendant US Fleet is evading service. (*See* ECF No. 10 at 2.)

previously allowed, undue prejudice to the opposing party by virtue of the allowance of the amendment, futility of amendment, etc.'" *Glaser v. Enzo Biochem, Inc.*, 464 F.3d 474, 480 (4th Cir. 2006) (quoting *Foman v. Davis*, 371 U.S. 178, 182 (1962)).

The Motion will be granted, and the amended complaint will be the operative pleading. The Court discerns no undue delay, bad faith, prejudice, or futility. This is underscored by the fact that no Defendant has filed an opposition to the Motion.

Accordingly, it is ORDERED that:

1. The Motion for Leave to File Amended Complaint (ECF No. 10) is GRANTED.
2. The Clerk SHALL DOCKET the Amended Complaint (ECF No. 10-1) as the operative pleading.
3. Defendants VKL and Nationwide SHALL FILE their answers or other responsive pleading within 14 days of this Order.
4. To the extent Plaintiff seeks the Court's leave for alternative service upon Defendant US Fleet, Plaintiff SHALL FILE an appropriate motion within 14 days of this Order.

DATED this 10 day of September, 2025.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
United States District Judge