IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| Daelyn Kittle<br><br>    Plaintiff(s),<br><br>v.<br><br>VKL Group, LLC T/A Hereford Collision Center, et al.<br><br>    Defendant(s). | Case No: 1:25-cv-02040-JKB |

## ORDER GRANTING ALTERNATIVE SERVICE

Having considered Plaintiff's motion for alternative service pursuant to Rule 4 of the Federal Rules of Civil Procedure, and any opposition thereto, it is this 30 day of Sept, 2025, hereby:

**ORDERED**, that Plaintiff's motion is granted;

**ORDERED**, that Plaintiff may serve Defendant US Fleet Services, LLC via certified mail to Defendant's last known address at 16915 York Road, Monkton, MD 21111, and via e-mail at Defendant's known email address at usfleetservices@gmail.com.

/s/ ~~Diana C. Vallo~~ James K. Bredar
Judge, U.S. District Court for the District of Maryland

Copies to:
Stanford G. Gann, Jr.
Jessica L. Duvall
John J. Ryan
US Fleet Services, LLC, c/o Joanne Galasso
16915 York Road
Monkton, MD 21111